

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS

## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Joe Fultz
County Attorney
Grimes County
Anderson, Texas

O-5138

Dear Sir:

Opinion No. O-5138
Re: Whether the holder of a life
interest in real estate is
responsible for the payment of
taxes that accrue against the
property during the existence
of the life interest.

We received your letter of March 17, 1943 re-
lating to the above captioned subject. We quote from said
letter as follows:

"In 1912 E. B. Keefe of Navasota, Texas, sold
his life interest in a 167-acre tract of land in
Grimes County to R. B. Templeman. Believing that
the holders of the residuary interest were respon-
sible for the payment of taxes on this tract of
land, R. B. Templeman never rendered the property
during his lifetime. The R. B. Templeman Estate
has never rendered the property.

"QUESTION: Is the holder of a life interest
in real estate responsible for the payment of
taxes that accrue against the property during
the existence of the life interest?

We are of the opinion that the holder of a life
interest in real estate is primarily responsible for the

payment of taxes that accrue against the property during the existence of the life interest. Richardson vs. McCloskey, 261 S. W. 801, 276 S. W. 680. See also Sargeant vs. Sargeant, 15 S. W. (2d) 589, 118 Texas 343.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By *Lee Shoptaw*

Lee Shoptaw
Assistant

LS:pm

APPROVED MAR 31, 1943

*Gerald C. Mann*

ATTORNEY GENERAL OF TEXAS



APPROVED
OPINION
COMMITTEE
BY *BWB*
CHAIRMAN